# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:18-cv-102-FDW

| | |
|---|---|
| RONALD McCLARY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FNU KALINSKI, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the North Carolina Department of Public Safety's ("NCDPS") sealed Notice, (Doc. No. 19), informing the Court that it has been unable to procure a waiver of service of process for Defendant **Cassandra S. Lor**.

NCDPS has provided Defendant Lor's last known address under seal. The Clerk of Court is directed to notify the U.S. Marshal that Defendant Lor needs to be served with the summons and Complaint in accordance with Rule 4 the Federal Rules of Civil Procedure. If Defendant Lor cannot be served at the addresses provided by the NCDPS, the U.S. Marshal shall be responsible for locating her home address so that she may be served. See 28 U.S.C. § 1915(d) (in actions brought *in forma pauperis* under § 1915(d), "[t]he officers of the court shall issue and serve all process, and perform all duties in such cases"); Fed. R. Civ. P. 4(c)(3) ("At the plaintiff's request, the court may order that service be made by a United States Marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915…."). If the U.S. Marshal is unable to obtain service on Defendant Lor, the U.S. Marshal shall inform the Court of the reasonable attempts to obtain service. The U.S. Marshal shall not disclose Defendant's home addresses to the *pro se*

1

incarcerated Plaintiff and shall file any document containing such addresses under seal.

The Clerk of Court will be ordered to correct the Defendants' names in the record.

**IT IS THEREFORE ORDERED that:**

(1) The U.S. Marshal shall use all reasonable efforts to locate and obtain service on Defendant Lor. If the U.S. Marshal is unable to obtain service on Defendant Lor, the U.S. Marshal shall inform the Court of the reasonable attempts to obtain service.

(2) The Clerk is respectfully instructed to mail a copy of the Complaint, (Doc. No. 1), the Sealed Notice containing Defendant's last known address, (Doc. No. 19), and this Order to the U.S. Marshal.

(3) **IT IS FURTHER ORDERED** that the Clerk of Court is instructed to substitute the parties' names as follows:

**Cassandra S. Lor** for "FNU Lor"

**Marta Kalinski** for "FNU Kalinski"

**Christina Fox** for "FNU Fox"

Signed: December 18, 2018

Frank D. Whitney
Chief United States District Judge