# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Ronald McClary, <br><br> Plaintiff(s), <br><br> vs. <br><br> Marta Kalinski, et al <br><br> Defendant(s). | **JUDGMENT IN CASE** <br><br> 5:18-cv-00102-MR |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 12, 2020 Order.

November 12, 2020

Frank G. Johns, Clerk
United States District Court